UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) CASE NO.: 18-cv-04663<br>FH CHI, LLC, )<br>d/b/a CAMBRIA CHICAGO ) Judge Feinerman<br>MAGNIFICENT MILE, )<br>) Magistrate Judge Gilbert<br>Defendant. ) | |

**STIPULATION TO VOLUNTARY DISMISS ACTION
PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), the Plaintiff, HOWARD COHAN and the Defendant FH CHI, LLC, d/b/a CAMBRIA CHICAGO MAGNIFICENT MILE, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| HOWARD COHAN | FH CHI, LLC, d/b/a CAMBRIA CHICAGO MAGNIFICENT MILE |
|---|---|
| By: /s/ *Marshall J. Burt* | By: /s Suzanne Alton de Eraso |
| Counsel for Plaintiff | Counsel for Defendant |
| Marshall J. Burt | Suzanne Alton de Eraso |
| The Burt Law Group, Ltd. | Baker & Hostetler |
| 77 W. Washington, Ste 1300 | 191 N Wacker Dr, Suite 3100 |
| Chicago, IL 60602 | Chicago, IL 60606 |
| 312-419-1999 | 312-416-6220 |